# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133205

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 133205
                                         COA: 261850
                                         Genesee CC: 04-014804-FC;
                                                            05-015598-FH

DANIEL LEE COOK,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007                            _____

p0618                                                  Clerk